IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01515-LTB

ALBERT PETER GRENIER,

    Plaintiff,

v.

CLERK OF THE COURT,
THE PEOPLE OF THE STATE OF COLORADO, and
ARAPAHOE COUNTY DISTRICT COURT (Case No. 98CR1850),

    Respondents.

ORDER DENYING MOTION

    This matter is before the Court on the motion that Plaintiff, Albert Peter Grenier, filed *pro se* on October 30, 2013, titled "Motion to Request Information About Filing Fee" (ECF No. 11).  In the motion, Mr. Grenier alleges that he thought the filing fee in the instant action was "paid off" and asks for any filing fee payments to be refunded.  ECF No. 11 at 1.

    Mr. Grenier is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado.  On July 12, 2011, Mr. Grenier filed *pro se* a Prisoner Complaint (ECF No. 3) challenging the validity of his conviction in Arapahoe County, Colorado, district court case number 98CR1850.  He sought the reversal of his conviction and his release from incarceration.  Mr. Grenier was granted leave to proceed pursuant to the federal *in*

*forma pauperis* statute, 28 U.S.C. § 1915, in an order (ECF No. 5) informing him he would be required to pay the full amount of the $350.00 filing fee.

On August 9, 2011, the Court entered an order (ECF No. 7) dismissing the instant civil rights action, which the Court treated as an unauthorized successive application for relief pursuant to 28 U.S.C. § 2254.  That order noted that Mr. Grenier:

> remains obligated to pay the full amount of the required filing fee assessed and owed in this action, if such fee is not yet paid in full.   If Plaintiff fails to stay current with his payment obligations in this action, the Court may apply all or part of the filing fee payments tendered in any action Plaintiff initiates subsequent to initiating this action to satisfy the filing fee debt owed here or in any other action Plaintiff already has initiated.

ECF No. 7 at 8.  Judgment (ECF No. 8) also was entered on August 9, 2011.

The Court will grant Mr. Grenier's request for information about the filing fee and deny his request for any filing fee payments to be refunded.  As the August 9 dismissal order notes, Mr. Grenier remains obligated to pay the full amount of the required $350.00 filing fee assessed and owed in this action.  To date, he has made only two payments towards the full filing fee: an $11.00 initial partial filing fee (ECF No. 6) paid on July 29, 2011; and a $2.80 monthly payment (ECF No. 10) paid on August 17, 2011.  Also on August 17, he submitted a certified copy of his trust fund account statement, apparently to show cause why he was unable to make a monthly filing fee payment.

As a result, Mr. Grenier has not paid the full amount of the required $350.00 filing fee assessed and owed in this action.  The order granting him leave to proceed pursuant to § 1915 (ECF No. 5) explains in detail Plaintiff's responsibilities toward paying the full filing fee or showing cause on a monthly basis why he is unable to do so.

Accordingly, it is

ORDERED that the motion titled "Motion to Request Information About Filing Fee" (ECF No. 11) that Plaintiff, Albert Peter Grenier, filed *pro se* on October 30, 2013, is granted in part and denied in part. It is

FURTHER ORDERED that Mr. Grenier's request for information about the filing fee is GRANTED and his request for any filing fee payments to be refunded is DENIED.

DATED at Denver, Colorado, this 4th day of November, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Judge